UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | : | |
|---|---|---|
| ADRIENNE HALBERSTAM, | : | Case No. 1:20-cv-01075-RA |
| Plaintiff, | : | |
| | : | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | : | |
| CSS INDUSTRIES, INC., REBECCA C. MATTHIAS, PHILIP R. BROENNIMAN, STEPHEN P. CRANE, ELAM M. HITCHNER, III, MELISSA LUDWIG, HARRY J. MULLANY, III, CHRISTOPHER J. MUNYAN, WILLIAM RULON-MILLER, and DAVID SILVER, | : | |
| Defendants. | : | |

---

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Adrienne Halberstam ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action") without prejudice. Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: April 8, 2020

**WEISSLAW LLP**

_(signature)_

Richard A. Acocelli
1500 Broadway, 16th Floor
New York, New York 10036
Tel: (212) 682-3025
Fax: (212) 682-3010

SO ORDERED.

_(signature)_

Hon. Ronnie Abrams
4/9/2020

*Attorneys for Plaintiff*